UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MID-CONTINENT CASUALTY CO.,

       Plaintiff,

v.

       CASE NO. 10-20859-CIV-SEITZ/O'SULLIVAN

ACTIVE DRYWALL SOUTH, INC., *et al.*,

       Defendants.
_____/

MID-CONTINENT CASUALTY CO.,

       Plaintiff,

v.

       CASE NO. 10-20861-CIV-SEITZ/O'SULLIVAN

DESIGN DRYWALL OF SOUTH
FLORIDA, LLC, *et al.*,

       Defendants.
_____/

MID-CONTINENT CASUALTY CO.,

       Plaintiff,

v.

       CASE NO. 10-20862-CIV-SEITZ/O'SULLIVAN

JDM BUILDERS, INC., *et al.*,

       Defendants.
_____/

MID-CONTINENT CASUALTY CO.,

       Plaintiff,

v.

       CASE NO. 10-80457-CIV-SEITZ/O'SULLIVAN

NORTHSTAR HOLDINGS, INC., *et al.*,

       Defendants.
_____/

MID-CONTINENT CASUALTY CO.,

        Plaintiff,

v.

CASE NO. 10-80459-CIV-SEITZ/O'SULLIVAN

CLOUTER BROTHERS, INC., *et al.*,

        Defendants.

_____/

## ORDER ON CONSOLIDATION

THIS MATTER is before the Court following the June 17, 2010, hearing on cases numbered 10-20859-CIV, 10-20861-CIV, 10-20862-CIV, 10-80457-CIV 10-80459-CIV. All parties agree to consolidation for purposes of discovery. Upon review of the records and the parties' consent, it appears that, at this point in the litigation, these cases should be consolidated for discovery purposes. Accordingly, it is hereby

    ORDERED that

    (1) The above referenced cases are CONSOLIDATED for purposes of discovery only.

    (2) The parties shall file all discovery related filings in Case No. 10-20859 ONLY.[1]

    (3) All cases remain pending.

    DONE AND ORDERED in Miami, Florida, this 17th day of June, 2010.

                            PATRICIA A. SEITZ
                            UNITED STATES DISTRICT JUDGE

cc:    Judge O'Sullivan
       All counsel of record

---

[1] When using the CM/ECF system for filing, the system will ask the parties whether the document should be filed in multiple cases. The parties should choose "no" in response to this question.