UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MID-CONTINENT CASUALTY CO., a foreign corporation,

    Plaintiff,

vs.

ACTIVE DRYWALL SOUTH, INC., a Florida, corporation, and LENNAR HOMES, LLC f/k/a LENNAR HOMES, INC., a Florida limited liability company, and U.S. HOME CORPORATION, a Delaware corporation,

    Defendants.
_____/

CASE NO: 10-20859-CIV-SEITZ/O'SULLIVAN

**CONSOLIDATED FOR DISCOVERY WITH:**

CASE NO: 10:20861-CIV-PAS
CASE NO: 10:20862-CIV-PAS
CASE NO: 10:80457-CIV-PAS
CASE NO: 10:80459-CIV-PAS

## JOINT MOTION FOR EXTENSION OF TIME IN LIGHT OF AGREEMENT

Plaintiff, Mid-Continent Casualty Company ("MCC") and Defendant, Lennar Homes, LLC f/k/a Lennar Homes, Inc., Lennar Corporation and U.S. Home Corporation ("Lennar") (collectively the "Parties") jointly file this motion for extension of time in light of the Parties' agreement, and state:

1. MCC brought this action on March 19, 2010. (D.E. 1).

2. On May 26, 2010, Lennar filed an answer, with affirmative defenses, and asserted a counterclaim against MCC. (D.E. 20).

3. Upon receipt of the answer, affirmative defenses, and counterclaim MCC contacted Lennar with certain objections. Parties worked to resolve the objections.

4. MCC and Lennar have resolved all, but one, objections MCC raised with Lennar without having to involve the Court.

5. In order to have a clean and clear docket, the parties have agreed to the following deadlines in light of their agreement:

    a. Lennar shall amend its answer, affirmative defenses, and counterclaim as reflected by the Parties' agreement by July 19, 2010;

    b. MCC shall file its responsive pleading to Lennar's amended answer, affirmative defenses, and counterclaim by July 28, 2010.

6. All other deadlines in the Case Management Report shall stay intact and unaffected.

7. Pursuant to Local Rule 7.1, the parties are in agreement as to the relief requested herein.

### **Memorandum of Law**

This Court has broad discretion to grant motions for enlargement of time pursuant to Federal Rule of Civil Procedure 6 and 15. The parties are requesting a short extension of time in order to amend the operative pleading and file an appropriate response in order to maintain the docket unobstructed. Where, as here, the extension is sought for a limited amount of time and is made in good faith, and is jointly, the parties respectfully submit that the lack of opposition to the motion establishes that the parties will not be prejudiced by granting this requested relief.

WHEREFORE, the parties respectfully requests that this Court grant this motion and give Lennar until July 19, 2010 to amend its answer, affirmative defenses, and counterclaim as reflected by the Parties' agreement and MCC until July 28, 2010 to file its responsive pleading.

                                              Respectfully submitted,

14481879v1 907136 56475

| | |
|---|---|
| s/ Pedro E. Hernandez<br>Ronald L. Kammer, Esq.<br>Florida Bar No. 360589<br>rkammer@hinshawlaw.com<br>Pedro E. Hernandez, Esq.<br>Florida Bar No. 30365<br>phernandez@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>9155 S. Dadeland Boulevard, Suite 1600<br>Miami, Florida 33156-2741<br>Telephone: 305-358-7747<br>Facsimile: 305-577-1063<br>*Counsel for Mid-Continent Casualty Company* | s/ Amy E. Stoll<br>Thomas G. Long, Esq.<br>Florida Bar No. 367321<br>tlong@barnettbolt.com<br>Charles A. Carlson. Esq.<br>Florida Bar No. 716286<br>ccarlson@barnettbolt.com<br>Amy E. Stoll, Esq.<br>Florida Bar No. 150959<br>astoll@barnettbolt.com<br>BARNETT, BOLT, KIRKWOOD,<br>LONG & MCBRIDE<br>601 Bayshore Blvd., Suite 700<br>Tampa, Florida 33606<br>Telephone: 813-253-2020<br>Facsimile: 813-251-6711<br>*Counsel for Lennar Homes, LLC, f/k/a Lennar Homes, Inc., and U.S Home Corporation* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Thomas G. Long, Esq., Charles A. Carlson, Esq., Barnett Bolt Kirkwood & Long, 601 Bayshore Blvd., Suite 700, Tampa, Florida 33606; and, F. William Harvey, Esq., F. William Harvey, P.A., 5310 NW 33rd Avenue, Suite 100B, Florida 33319 or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Pedro E. Hernandez
Pedro E. Hernandez
phernandez@hinshawlaw.com

3

14481879v1 907136 56475