UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-20859-CIV-SEITZ/O'SULLIVAN

MID-CONTINENT CASUALTY CO.,

               Plaintiff,                          CASE NO. 10-60502-CIV-SEITZ/O'SULLIVAN

v.

REGENCY CONSTRUCTORS, LLC, *et al.*,

               Defendants.

_____/

MID-CONTINENT CASUALTY CO.,

               Plaintiff,                          CASE NO. 10-80620-CIV-SEITZ/O'SULLIVAN

v.

JDM BUILDERS, INC., *et al.*,

               Defendants.

_____/

## ORDER ON CONSOLIDATION

THIS MATTER is before the Court *sua sponte*.  On June 18, 2010, the Court consolidated cases numbered 10-20859-CIV, 10-20861-CIV, 10-20862-CIV, 10-80457-CIV and 10-80459-CIV for purposes of discovery, and directed those parties to file all discovery related filings in Case No. 10-20859-CIV. On July 30, 2010, the undersigned accepted for transfer cases numbered 10-60502-CIV and 10-80620-CIV. Upon review of the records, it appears that, at this point in the litigation, cases numbered 10-60502-CIV and 10-80620-CIV should be consolidated with cases numbered 10-20859-CIV, 10-20861-CIV, 10-20862-CIV, 10-80457-CIV and 10-80459-CIV for purposes of discovery. Accordingly, it is

        ORDERED that

        (1) The above referenced cases are CONSOLIDATED for purposes of discovery only.

(2) The parties shall file all discovery related filings in Case No. 10-20859 ONLY.[1]

(3) All cases remain pending.

DONE AND ORDERED in Miami, Florida, this _____ day of August, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Judge O'Sullivan
       All counsel of record

---

[1]When using the CM/ECF system for filing, the system will ask the parties whether the document should be filed in multiple cases. The parties should choose "no" in response to this question.