UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MID-CONTINENT CASUALTY CO., a
foreign corporation,

    Plaintiff,

vs.

ACTIVE DRYWALL SOUTH, INC., a
Florida, corporation, and LENNAR HOMES,
LLC f/k/a LENNAR HOMES, INC., a
Florida limited liability company, and U.S.
HOME CORPORATION, a Delaware
corporation,

    Defendants.
_____/

CASE NO: 10-20859-CIV-PAS

**CONSOLIDATED FOR DISCOVERY WITH:**

CASE NO.: 10:20861-CIV-PAS
CASE NO.: 10-20862-CIV-PAS
CASE NO.: 10-20457-CIV-PAS
CASE NO.: 10-20459-CIV-PAS
CASE NO.: 10-20502-CIV-PAS
CASE NO.: 10-80620-CIV-PAS

**NOTICE OF FILING**

Mid-Continent Casualty Company gives notice that it filed the following:

Amended Order denying Defendants' Motion to Dismiss dated October 5, 2010 in the United States District Court, Middle District of Florida, *National Union Fire Insurance, et al. v. Beta Construction, et al.*, Case No. 8:10-cv-01541-RAL-TBM.

A copy is attached as Exhibit "A."

    Respectfully submitted,

    s/ Pedro E. Hernandez
    Ronald L. Kammer
    Florida Bar No. 360589
    rkammer@hinshawlaw.com
    Pedro E. Hernandez
    Florida Bar No. 30365
    phernandez@hinshawlaw.com
    HINSHAW & CULBERTSON LLP
    9155 S. Dadeland Boulevard
    Suite 1600
    Miami, Florida 33156-2741
    Telephone: 305-358-7747
    Facsimile: 305-577-1063
    *Counsel for Mid-Continent Casualty Company*

*Case No. 10-20859-CIV-PAS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2010, I electronically filed the foregoing with the Clerk of the Court and counsel of record by using the CM/ECF system to the following: Charles A. Carlson, Esq. and Thomas G. Long, Esq. Barnett Bolt Kirkwood & Long, 601 Bayshore Blvd, Suite 700, Tampa, FL 33606; and F. William Harvey, Esq., F. William Harvey, P.A., 5402 Red Cypress Lane, Tamarac, Florida 33319.

s/ PEDRO E. HERNANDEZ
Pedro E. Hernandez
Florida Bar No. 30365
phernandez@hinshawlaw.com

2